Caitlin C. Blanche (SBN 254109)
caitlin.blanche@klgates.com
K&L GATES LLP
One Park Plaza, Twelfth Floor
Irvine, CA 92614
T: (949) 253-0900
F: (949) 253-0902

Morgan T. Nickerson (*pro hac vice*)
morgan.nickerson@klgates.com
K&L GATES LLP
State Street Financial Center, One Lincoln Street
Boston, MA 02111
T: (617) 261-3100

*Attorneys for Plaintiff*
*Epson America, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANKER INNOVATIONS, LTD, and FANTASIA TRADING, LLC, <br><br> Defendants. | Case No. 8:22-CV-00133-JLS-KES <br><br> **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Plaintiff Epson America, Inc. ("Plaintiff") and Defendants Anker Innovations, LTD, and Fantasia Trading, LLC ("Defendants") hereby stipulate and respectfully request that the Court set the deadline for both Defendants to answer or otherwise respond to Plaintiff's Complaint as April 19, 2022.

Defendants and Plaintiff, through their respective counsel, herby stipulate and agree to the following:

WHEREAS, Plaintiff filed its Complaint on January 26, 2022;

WHEREAS, Defendant Fantasia Trading, LLC was served with the Summons and Complaint on January 28, 2022;

WHEREAS, Defendant Anker Innovations, LTD has not been served but has agreed to waive formal service of the Summons and Complaint as part of this stipulation;

WHEREAS, Defendants' counsel and Plaintiff's counsel agreed on February 16, 2022, that in order for the parties to gather further information and discuss whether an early resolution is possible, the deadline for Defendants to prepare and file a response be set as April 19, 2022;

WHEREAS, California Rule of Court 3.110(e) permits this Court to extend the time period for a Defendant's response after service of the Complaint;

Plaintiff and Defendants hereby STIPULATE that both Defendants' deadline to file an answer or otherwise respond to the Complaint is April 19, 2022, and absent further extension, Defendants will file their response on or before April 19, 2022.

Dated: February 18, 2022                    K&L GATES LLP

                                            By:  */s/ Caitlin C. Blanche*
                                                 Morgan T. Nickerson (pro hac)
                                                 Caitlin C. Blanche
                                                 *Attorneys for Plaintiff*
                                                 *Epson America, Inc.*

Dated: February 18, 2022                    ORRICK

                                            By:  */s/ Diane M. Rutowski*
                                                 Diane M. Rutowski
                                                 *Attorneys for Defendants*
                                                 *Fantasia Trading, LLC and*
                                                 *Anker Innovations, LTD*