1  Morgan T. Nickerson
   morgan.nickerson@klgates.com
2  K&L GATES LLP
   State Street Financial Center, One Lincoln Street
3  Boston, MA  02111
   T:  (617) 261-3100
4
   *Attorney for Plaintiff*
5  *Epson America, Inc.*

6

7

8

9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
                      SOUTHERN DIVISION
11

12 | EPSON AMERICA, INC., | Case No. 8:22-cv-00133-JLS-KES |
13 | Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
14 | v. | |
15 | ANKER INNOVATIONS, LTD, and FANTASIA TRADING, LLC, | |
16 | Defendants. | |

1  The Parties to the above-captioned action, by their undersigned counsel and
2  pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby
3  stipulate to the dismissal of all claims asserted in the action, with prejudice. Each
4  party waives all rights of appeal and agrees to bear its own respective costs and
5  attorneys' fees in this matter.

Dated: March 10, 2023                K&L GATES LLP

By:  /s/ *Morgan T, Nickerson*
     Morgan T. Nickerson

     Attorneys for Plaintiff
     Epson America, Inc.

Dated: March 10, 2023                K&L GATES LLP

By:  /s/ *Diana M. Rutowski*
     Diana M. Rutowski

     Attorneys for Defendants
     Anker Innovations Limited and
     Fantasia Trading LLC

## **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

K&L GATES LLP

By:  /s/ *Morgan T. Nickerson*
     Morgan T. Nickerson

     Attorney for Plaintiff
     Epson America, Inc.